## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CHRISTIAN DU PONT, as an individual and as beneficiary of the 12 EVA M. DUPONTE REVOCABLE TRUST dated 12/16/2002,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation; PRUCO SECURITIES, LLC, a New Jersey limited liability company; PETRA KLOOS DUPONT, an individual; HEATHER K.L. CONAHAN, an individual; LODEN & CONAHAN, LLC, a Hawaii limited liability company; et al.,<br><br>Defendants. | Case No.: CV 18-9638-DMG (ASx)<br><br>**JUDGMENT DISMISSING ACTION WITH PREJUDICE [95]** |

All defendants having been dismissed with prejudice by this Court or by Plaintiff, and there being no reason why judgment should not be entered:

NOW, THEREFORE, the above-captioned action is dismissed with prejudice.

DATED: September 30, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE